BANKERS' TRUST CO., plaintiff, v. DISTRICT COURT OF WEBER COUNTY and Geo. S. Barker and Jas. N. Kimball, Judges Thereof, Defendants.

No. 4057.   Decided November 20, 1923.   (220 Pac. 710.)

*Dickson, Ellis & Adamson* and *C. C. Parsons*, all of Salt Lake City, for plaintiff.

*H. H. Henderson*, of Ogden, for defendant.

CHERRY, J.

Original proceeding for a writ of prohibition. The facts and questions of law in this case are the same as in the case No. 4056, 62 Utah, 432, 220 Pac. 708, under the same title, just decided. The two cases were argued and submitted together. For the reasons stated in the opinion in case No. 4056, the alternative writ herein is quashed and the proceedings dismissed. Costs awarded to defendants.

WEBER, C. J., and GIDEON, THURMAN, and FRICK, JJ., concur.